USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

ELEKTRA ENTERTAINMENT GROUP INC.
Et al.,

           Plaintiffs,

-against-                              05 Civ. 2414 (CM)(MDF)

PATRICIA SANTANGELO,

           Defendant.

————————————————————x

### ORDER AFFIRMING DISCOVERY RULING

McMahon, J.:

    Because plaintiffs have not come close to demonstrating clear error in the learned Magistrate Judge's February 17, 2006 ruling, the order is affirmed. The Magistrate Judge's control over discovery extends to the order in which he will permit discovery devices to be used and the number of times that he will permit them to be used. Moreover, I know of no rule requiring the learned Magistrate Judge to prune improperly framed requests for admissions. It would behoove plaintiff to ask the questions properly in the first place.

Dated: March 13, 2003

                                                    _____
                                                           U.S.D.J.

BY FAX TO ALL COUNSEL
BY HAND TO MAGISTRATE JUDGE FOX

Copies mailed / handed / faxed to counsel 3/13/06