**JORDAN D. GLASS, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
7-11 LEGION DRIVE, SUITE M-1C, VALHALLA, NEW YORK 10595
(914) 831-3087 • FAX: (914) 239-4809
FAX AND E-MAIL NOT VALID FOR SERVICE OF PROCESS, MOTIONS OR OPPOSING PAPERS

---

| MEMO ENDORSED | March 31, 2007 |  RECEIVED APR - 2 2007 CHAMBERS OF COLLEEN McMAHON |

VIA FAX: (914) 390-4152 and (212) 805-6326; two pages
(Font enlarged for faxing.)

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

    Re:   Plaintiffs' Unauthorized, Unilateral "Stipulation to Dismiss with Prejudice"
           ECF-Filed Document # 069
           *Elektra, et al., v. Santangelo*, Civil Action No. 7:05-cv-2414 (CM)(MDF)

Dear Judge McMahon:

    I am respectfully aware of Your Honor's admonition from the previous set of letters so I omit most of the prosaic "analytical" record.

    Plaintiffs have ECF-filed a unilaterally-drafted document, signed by Plaintiffs' counsel, Document # 069, labeled "Notice of Stipulation of Discontinuance with Prejudice." Defendant neither signed nor agreed to the terms of such document, nor does she support its "filing."

    Your Honor's underlying Order was faxed to all counsel on March 19. The first indication I received of Plaintiffs' intention was an email received on Friday, March 30. Plaintiffs claim they left five voice mail messages on March 29; though this is possibly true, they were all placed within a short time of each other and spread over three phone numbers. In other words, Plaintiffs attempted <u>no communications whatsoever</u> on this matter between March 19 and March 29. On March 29 and 30, I was unavailable to first begin negotiations, even if such was their intention.

(continues....)

---

*[Handwritten endorsement:]* 4/2/07

The defendant may move for an order dismissing the case with prejudice. The court has the power to entertain such a motion, and to grant it on whatever terms and conditions the court deems appropriate.

CM

Hon. Colleen McMahon
March 31, 2007
Page two

    Respectfully, the Defendant will only stipulate to a dismissal if she maintains the right to seek attorneys fees and costs, in particular those available pursuant to 17 U.S.C. §505. The language of Plaintiffs' email, and their unilateral "filing" suggests that Your Honor <u>directed</u> Defendant to sign such Dismissal. I do not read Your Honor's Order that way. Whatever this document purports to be, it appears, among other things, to be in violation of Rule 408.

    Therefore, subject to any other direction by Your Honor, I shall follow the balance of your March 19 Order.

    I am available to Your Honor at (914) 831-3087, fax: (914) 239-4809; Richard L. Gabriel, Esq., lead counsel for the Plaintiffs, is available at (303) 866-0331, fax: (303) 866-0200.

Respectfully submitted,

Jordan D. Glass

To:   Richard L. Gabriel, Esq., via email/pdf

APR-02-2007 14:07 FROM- TO:2128056326 P.003/004
Case 7:05-cv-02414-CM-MDF   Document 70   Filed 04/03/07   Page 3 of 4
Case 7:05-cv-02414-CM-MDF   Document 69   Filed 03/30/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware :
corporation; VIRGIN RECORDS AMERICA, INC., a
California corporation, UMG RECORDINGS, INC., :
a Delaware corporation; BMG Music, a New York general
partnership; and SONY BMG MUSIC ENTERTAINMENT, :
a Delaware general partnership

       Plaintiffs,    : Case No. 05CV2414 (CM)(MDF)

    -against-       :

PATRICIA SANTANGELO,      :

       Defendant.    :
------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to this Court's March 19, 2007 Order [Doc. No. 68], plaintiffs Elektra Entertainment Group Inc., Virgin Records America, Inc., UMG Recordings, Inc., BMG Music, and Sony BMG Music Entertainment ("plaintiffs") and defendant Patricia Santangelo, through their undersigned counsel, respectfully stipulate to the discontinuance of this action with prejudice.

1

#1179076 v3

APR-02-2007 14:07 FROM TO:2139056326 P.004/004
Case 7:05-cv-02414-CM-MDF   Document 70   Filed 04/03/07   Page 4 of 4
Case 7:05-cv-02414-CM-MDF   Document 69   Filed 03/30/2007   Page 2 of 2

Dated: New York, New York
March 30, 2007

HOLME ROBERTS & OWEN LLP

By: _____
Richard L. Gabriel (RLG-05065)
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Phone: (303) 861-7000
Fax; (303) 866-0200

Attorneys for Plaintiffs

JORDAN D. GLASS, P.C.

By: _____
Jordan D. Glass
P.O. Box 274
Hartsdale, New York 10530-0274
Phone: (914) 831-3087

Attorneys for Defendant

#1179076 v3